FILED

05/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0471

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

CARESSA JILL HARDY, aka

GLENN LEE DIBLEY,

       Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for leave to file overlength brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted leave to file an opening brief of not more than 16,987 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2022